# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENTS TO THE : No. 657

JUVENILE COURT PROCEDURAL : SUPREME COURT RULES DOCKET

RULES COMMITTEE :

# O R D E R

**PER CURIAM:**

AND NOW, this 21st day of January, 2015, Jonathan R. Birbeck, Esquire, Cumberland County, and Kelly McNaney, Esquire, York County, are hereby reappointed as members of the Juvenile Court Procedural Rules Committee for a term of three years commencing February 1, 2015.